■ Yvette Huff, Appellant, v Anita L. Rodriguez, Formerly Known as Anita L. Rosario, et al., Respondents. (Appeal No. 2.) [881 NYS2d 357]—Appeal from an order of the Supreme Court, Erie County (Frank A. Sedita, Jr., J.), entered September 26, 2008 in a personal injury action. The order settled the record in appeal No. 1.

It is hereby ordered that the order so appealed from is affirmed without costs.

Same memorandum as in *Huff v Rodriguez* (64 AD3d 1221 [2009]).

All concur; Smith and Pine, JJ., concur in the memorandum insofar as it concerns appeal No. 2 only. Present—Martoche, J.P., Smith, Centra, Fahey and Pine, JJ.